UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** July 12, 2019 | **Time:** 13 minutes for motion & 10 minutes for cmc | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 19-cv-00565-SI | **Case Name:** Avaya Inc. v. Raymond Bradley Pearce, et al. | |

**Attorney for Plaintiff:** Lyndsey Heaton, Zachary Alinder
**Attorney for Defendant:** Jeffrey Berman (phone), Michelle Landry and Maria Nozzolino

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Belle Ball

## PROCEEDINGS

1) Motions to Dismiss [76][77] – HELD
2) Initial Case Management Conference - HELD

Order to be prepared by:  ( )Pltf    ( )Deft    ( x )Court

Tentative Disposition on Motion  :   ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART, ( x ) SUBMITTED

Case continued to  **10/18/19 @ 10:00 a.m.** for Further Case Management Conference

Case continued to **10/18/19 @ 10:00 a.m.** for Motions to Dismiss Dkt. Nos. 70 & 86
Plaintiff to file supplemental brief on 9/20/19 and defendant to file supplemental brief on 10/4/19.

Case continued to  **3/15/21 @ 10:00 a.m.**  for Motions
(Motion filing deadline: 1/15/21)

Case continued to  **5/18/21 @ 3:30 p.m.**  for Pretrial Conference

Case continued to  **6/1/21 @ 8:30 a.m.**  for Jury Trial  (   Days)
Deadline to Amend Pleadings: 12/16/19, Discovery Cutoff: 7/6/20, Designate Experts by: 8/3/20, Rebuttal Experts: 9/8/20, Expert Discovery Cutoff: 11/2/20, Deadline to file discovery motion: 12/1/20.

## SUMMARY

Counsel shall keep the Court informed as to the status of the criminal investigation of defendant Raymond Pearce.  The discovery is stayed as to Raymond Pearce.