UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVAYA INC.,

        Plaintiffs,

    v.

RAYMOND BRADLEY PEARCE, et al.,

        Defendants.

Case No. 19-cv-00565-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 18, 2019 at 10:00 a.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   December 16, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 6, 2020.

DESIGNATION OF EXPERTS: August 3, 2020; REBUTTAL: September 8, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 2, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 15, 2021;
      and set for hearing no later than March 15, 2021 at 10:00 AM.

PRETRIAL CONFERENCE DATE: May 18, 2021 at 3:30 PM.

JURY TRIAL DATE: June 1, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall keep the Court informed as to the status of the criminal investigation of defendant Raymond Pearce.  The discovery is stayed as to Raymond Pearce.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/12/19

_____
SUSAN ILLSTON
United States District Judge