UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAYA INC., <br> Plaintiff, <br> v. <br> RAYMOND BRADLEY PEARCE, *et al.*, <br> Defendants. | Case No. 19-cv-00565-SI <br><br> **ORDER RE: PLAINTIFF'S ADMINSTRATIVE MOTION TO SEAL** <br> Re: Dkt. No. 128 |

On October 4, 2019, plaintiff filed an administrative motion to file under seal a number of exhibits in support of plaintiff's supplemental opposition to defendants' motions to dismiss. Dkt. No. 128. All of the exhibits have been designated as "Highly Confidential – Attorneys' Eyes Only" by the DBSI defendants.[1] Pursuant to Civil Local Rule 79-5(e)(1), "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." The DBSI defendants have not filed the required declaration.

The Court directs the DBSI defendants to file a declaration no later than **October 17, 2019,** demonstrating why the exhibits or portions of exhibits should be filed under seal. Where a party seeks to seal documents attached to a non-dispositive motion, a showing of "good cause" under Federal Rule of Civil Procedure 26(c) is required. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006); *see also* Fed. R. Civ. P. 26(c). To show good cause, the moving party must make a "particularized showing" that "specific harm or prejudice will result if the information is disclosed." *Kamakana*, 447 F.3d at 1179-80. "Reference to a stipulation or protective

---

[1] The DBSI defendants are defendants Jason Hines, DBSI LLC, and US Voice & Data, LLC.

order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." Civ. L.R. 79-5(d)(1)(A). In addition, all requests to file under seal "must be narrowly tailored," such that only sealable information is sought to be redacted from public access. Civ. L.R. 79-5(b).

**IT IS SO ORDERED**.

Dated: October 15, 2019

_____
SUSAN ILLSTON
United States District Judge