RICHARD J. NELSON (State Bar No. 141658)
E-Mail:     *rnelson@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:     *zalinder@sideman.com*
LYNDSEY C. HEATON (State Bar No. 262883)
E-Mail:     *lheaton@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiff
AVAYA INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAYA INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>RAYMOND BRADLEY PEARCE, a/k/a "BRAD" PEARCE, *et al*.,<br><br>   Defendants. | Case No. 3:19-cv-00565-SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ANDREW ROACH AND DREW TELECOM GROUP, INC. TO RESPOND TO COMPLAINT**<br>**[N.D. CAL. CIV. L.R. 6-1(a)]**<br><br>**THE HONORABLE SUSAN ILLSTON**<br><br>Trial Date:     June 1, 2021 |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to N.D. Cal. Civil Local Rule 6-1(a), Plaintiff AVAYA INC. ("Avaya") and Defendants ANDREW ROACH and DREW TELECOM GROUP, INC. (collectively, the "DTGI Defendants"), by and through their counsel of record, hereby stipulate and agree that the deadline for the DTGI Defendants to respond to the operative Second Amended Complaint shall be extended by twenty-one (21) days.  Accordingly, the new deadline for the DTGI Defendants to respond to the operative Second Amended Complaint is February 13, 2020.  This stipulation will not alter the date of any event or deadline already fixed by Court order in this case.

**IT IS SO STIPULATED.**

DATED: January 22, 2020             SIDEMAN & BANCROFT LLP

                                    By:     /s/ *Zachary J. Alinder*
                                            Zachary J. Alinder
                                            Attorneys for Plaintiff
                                            AVAYA INC.

DATED: January 22, 2020             MZF LAW FIRM, PLLC

                                    By:     /s/ *Mateo Z. Fowler*
                                            Mateo Z. Fowler
                                            Attorney for Defendants
                                            ANDREW ROACH and
                                            DREW TELECOM GROUP INC.

**Attestation**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatory above.

DATED: January 22, 2020             SIDEMAN & BANCROFT LLP

                                    By:     /s/ *Zachary J. Alinder*
                                            Zachary J. Alinder
                                            Attorneys for Plaintiff
                                            AVAYA INC.