1  LAW OFFICE OF CHRISTOPHER T. WRIGHT
   Christopher T. Wright, Esq. (SBN 227693)
2  chris@ctw-law.com
   1620 Fifth Avenue, Suite 400
3  San Diego, California  92101
   Telephone: 619-450-4725
4  Facsimile: 619-924-7172

5  Attorney for Defendant TOM CONROY

6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| AVAYA INC., a Delaware corporation,, | Case No.:   3:19-cv-00565-SI |
| Plaintiff, | **DEFENDANT TOM CONROY'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| RAYMOND BRADLEY PEARCE, a/k/a "BRAD" PEARCE, an individual; JASON HINES, an individual and doing business as DBSI and TELBEST.COM; DEDICATED BUSINESS SYSTEMS INTERNATIONAL LLC, doing business as DBSI.NET, a New Jersey limited liability company; ATLAS SYSTEMS, INC., doing business as ATLASPHONES.COM and "THE TELECOM DEALER," a Michigan corporation; TELEPHONE MAN OF AMERICA LLC, doing business as TELEPHONEMANOFAMERICA.COM and "TELEPHONEMANOFAMERICA," a Florida limited liability company; KELLY PETRY, an individual; US VOICE AND DATA, LLC, f/k/a TRI-STATE COMMUNICATION SERVICES LLC, a New Jersey limited liability company; SHARKFISH CORP., an Oklahoma corporation; FEATURECOM INC., a Canadian corporation; STEVE GERACI, an individual; TOM CONROY, an individual; DREW TELECOM GROUP INC., a Michigan corporation; ANDREW ROACH, an individual, and, DOES 9 through 50, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-15, Defendant Tom Conroy certifies that other than the below identified entity, no other person, association of persons, firm, partnership, corporation, or other entity is known to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

1. Top Cat Enterprises, 1804 Garnet Ave., #160, San Diego, CA 92101.

Dated: March 3, 2020

LAW OFFICE OF CHRISTOPHER T. WRIGHT

By: _____*/s/ Christopher Wright*_____
Christopher T. Wright
chris@ctw-law.com
Attorney for Defendant TOM CONROY

**PROOF OF SERVICE**

*Avaya, Inc. v. Pearce et al.*
Case No. 3:19-cv-00565-SI

  I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 1620 Fifth Avenue, Suite 400, San Diego, California 92101.

  On March 3, 2020, at San Diego, California, I served the following document(s) described as DEFENDANT TOM CONROY'S CERTIFICATE OF INTERESTED PARTIES on the parties in said action as follows:

| | |
|---|---|
| Zachary J. Alinder<br>Lyndsey C. Heaton<br>Nicholas Anthony Shen<br>Richard Joseph Nelson<br>Angela He<br>Sideman & Bancroft LLP<br>One Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-3711<br>(415) 733-3952<br>zalinder@sideman.com<br>lheaton@sideman.com<br>nshen@sideman.com<br>rnelson@sideman.com<br>ahe@sideman.com | Attorneys for Plaintiff AVAYA, Inc. |
| Davis John Reilly<br>Bledsoe Diestel Treppa & Crane LLP<br>601 California Street, 16th Floor<br>San Francisco, CA 94108<br>415-981-5411<br>dreilly@bledsoelaw.com | Attorneys for Jason Hines, individually, and doing business as DBSI and TelBest.com; Dedicated Business Systems International LLC doing business as dbsi.net; and Tri-State Communication Services LLC |
| Jeffrey Michael Berman<br>Jeffrey M. Berman, P.A.<br>1722 Sheridan Street No. 225<br>Hollywood, FL 33020<br>305-834-4150<br>jeff@jmbermanlaw.com | Attorneys for Telephone Man of America LLC, doing business as telephonemanofamerica.com and "telephonemanofamerica" and Kelly Petry |
| Vedder Price (CA), LLP<br>Michelle L. Landry, Bar No. 190080<br>mlandry@vedderprice.com<br>275 Battery Street, Suite 2464<br>San Francisco, California 94111<br>T: +1 415 749 9500<br>F: +1 415 749 9502 | Attorneys for Defendant Atlas Systems, Inc. |
| G. Scott Emblidge<br>Moscone Emblidge & Otis LLP | Attorneys for Telephone Man of America LLC, doing business as |

LAW OFFICE OF CHRISTOPHER T. WRIGHT

| | |
|---|---|
| 220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104<br>Email: emblidge@mosconelaw.com | telephonemanofamerica.com and<br>"telephonemanofamerica" |
| Mateo Z. Fowler<br>MZF Law Firm, PLLC<br>1105 Nueces Street, Suite A<br>Austin, TX 78701<br>Email: mateofowler@mzflaw.com | Attorneys for Andrew Roach and Drew Telecom Group, Inc. |

[X] **ELECTRONIC TRANSMISSION**: I filed the foregoing document with the Clerk of Court for the U.S. District Court, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

I further certify that I served the foregoing documents by U.S. First Class Mail on the following pro se defendant:

Raymond Bradley Pearce
1828 County Road 1207
Tuttle, Oklahoma 73089

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made

Executed on March 3, 2020 at San Diego, California.

*/s/ Christopher T. Wright*
Christopher T. Wright

LAW OFFICE OF CHRISTOPHER T. WRIGHT

3

**Case No. 3:19-cv-00565-SI**