Davis J. Reilly, No. 272431
Maria Nozzolino, No. 302368
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
180 Sansome Street, 5th Floor
San Francisco, California 94104
Telephone:   (415) 981-5411
Facsimile:    (415) 981-0352

Attorneys for Defendant US VOICE & DATA, LLC, previously known as TRI-STATE COMMUNICATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAYA INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND BRADLEY PEARCE, a/k/a "BRAD" PEARCE, an individual; JASON HINES, an individual and doing business as DBSI and TELBEST.COM; DEDICATED BUSINESS SYSTEMS INTERNATIONAL, LLC, doing business as DBSI.NET, a New Jersey limited liability company; ATLAS SYSTEMS, INC., doing business as ATLASPHONES.COM and "THE TELECOM DEALER," a Michigan corporation; TELEPHONE MAN OF AMERICA LLC, doing business as TELEPHONEMAN OF AMERICA.COM and "TELEPHONEMAN OFAMERICA," a Florida limited liability company; THE TELECOM SPOT, doing business as THETELECOMSPOT.COM, a Texas business entity; and, DOES 1 through 50, inclusive, | Case No. 3:19-cv-00565-SK<br><br>**NOTICE OF DEFENDANT US VOICE & DATA, LLC'S, PREVIOULSY KNOWN AS TRI-STATE COMMUNICATION SERVICES, LLC, FILING OF CHAPTER 7 BANKRUPTCY PETITION** |



**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE on this date, Defendant US VOICE & DATA, LLC, previously known as TRI-STATE COMMUNICATION SERVICES LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of the Bankruptcy Code. The petition was filed in the United States Bankruptcy Court, District of New Jersey and was assigned case number 20-14915. The filed petition is attached hereto as Exhibit A.

Dated: March 26, 2020        **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**

By:   */s/ Davis J. Reilly*
      Davis J. Reilly
      Maria Nozzolino
      Attorneys for Defendant US VOICE & DATA, LLC
      previously known as, TRI-STATE
      COMMUNICATIONS SERVICES LLC

# EXHIBIT A

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ (State) |
| Case number (If known): _____ Chapter _____ |

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    U.S. Voice and Data, LLC

2. **All other names debtor used in the last 8 years**    N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    46-5197825

4. **Debtor's address**

   **Principal place of business**
   165 Passaic Ave
   Number    Street
   Suite 107
   Fairfield    NJ    07004
   City    State    ZIP Code

   County _____

   **Mailing address, if different from principal place of business**
   Same
   Number    Street
   _____
   P.O. Box
   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   N/A
   Number    Street
   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)    N/A

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  U.S. Voice and Data, LLC    Case number (if known) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5191

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one:
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☒ No
   - ☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY

   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
                    MM / DD / YYYY

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  U.S. Voice and Data, LLC            Case number (if known) _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

   ☒ No
   ☐ Yes. Debtor _____  Relationship _____
              District _____  When __ __ / __ __ / __ __ __ __
                                          MM / DD / YYYY
              Case number, if known _____

   List all cases. If more than 1, attach a separate list.

11. Why is the case filed in this district?

   Check all that apply:
   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

   ☒ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   Why does the property need immediate attention? (Check all that apply.)
   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   ☐ It needs to be physically secured or protected from the weather.
   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   ☐ Other _____

   Where is the property? _____
   Number  Street
   _____
   City                                  State ZIP Code

   Is the property insured?
   ☐ No
   ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. Debtor's estimation of available funds

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. Estimated number of creditors

    ☒ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199          ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor _____   Case number (if known) _____

| | | | |
|---|---|---|---|
| 15. Estimated assets | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/26/2020
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor      Printed name  Jason Hines

Title  President

**18. Signature of attorney**

X _[signature]_                              Date 03/26/2020
Signature of attorney for debtor                MM / DD / YYYY

Printed name  Philip L. Guarino
Firm name  Guarino & Co. Law Firm, LLC
Number Street  300 Main St. Suite 552
City  Madison      State NJ   ZIP Code 07940
Contact phone  973/615-1591    Email address  guarinolaw@gmail.com

Bar number  027561982     State NJ

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4