UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAYA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND BRADLEY PEARCE, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00565-SI<br><br>**ORDER STAYING CASE AS TO US VOICE & DATA, LLC AND DIRECTING PARTIES**<br><br>Re: Dkt. No. 186 |

On March 26, 2020, defendant US Voice & Data, LLC filed a notice stating that it had filed a voluntary petition for bankruptcy pursuant to Chapter 7 of the Bankruptcy Code.

The Court STAYS this case as to US Voice & Data, LLC.

The Court directs the parties (except defendant Pearce, as to whom this case is already stayed) to meet and confer regarding whether the balance of this case can proceed without US Voice & Data, LLC. The parties shall state their views on the matter in the case management conference statement that is due April 17, 2020.

**IT IS SO ORDERED**.

Dated: March 27, 2020

                                  SUSAN ILLSTON
                                  United States District Judge