UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVAYA INC.,

        Plaintiffs,

   v.

RAYMOND BRADLEY PEARCE, et al.,

        Defendants.

Case No.  19-cv-00565-SI  (SI)

**SECOND PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **August 14, 2020 at 3:00 PM.**
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: **July 16, 2021.**

DESIGNATION OF EXPERTS: **August 2, 2021**; REBUTTAL: **August 20, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: **October 8, 2021**.

DISPOSITIVE MOTIONS **SHALL** be filed by: **November 5, 2021**;
    Opp. Due: **November 19, 2021**; Reply Due: **November 29, 2021**;
    and set for hearing no later than **December 10, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **February 16, 2022 at 3:30 PM.**

JURY TRIAL DATE: **March 1, 2022 at 8:30 AM**.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10-15 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: April 27, 2020

_____
SUSAN ILLSTON
United States District Judge