# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 14, 2020 | **Time:** 11 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-00565-SI | **Case Name:** Avaya Inc. v. Raymond Bradley Pearce, et al. | |

**Attorney for Plaintiff:** Zachary Alinder
**Attorney for Defendant:** Davis John Reilly, Laura Chapman, Francis Jude Torrence, Christopher Thomas Wright, Mateo Fowler

**Deputy Clerk:** Teddy Van Ness         **Court Reporter:** Not recorded or reported.

## PROCEEDINGS

1) Telephonic Further Case Management Conference - held.

## SUMMARY

ADR conference scheduled with Judge Westmore on October 16, 2020. Plaintiff plans to file Motion for Default against Defendant Sharkfish Corp.

Case continued to **December 4, 2020 @ 3:00 p.m.** for Further Case Management Conference. Joint Case Management Statement due **November 27, 2020**.