RICHARD J. NELSON (SBN 141658)
E-Mail:      rnelson@sideman.com
ZACHARY J. ALINDER (SBN 209009)
E-Mail:      zalinder@sideman.com
LYNDSEY C. HEATON (SBN 262883)
E-Mail:      lheaton@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Plaintiff
AVAYA INC.

MATEO Z. FOWLER (SBN 241295)
E-Mail: mateofowler@mzflaw.com
MZF LAW FIRM, PLLC
12121 Wilshire Blvd., Suite 805
Los Angeles, California 90025
Telephone: (281) 546-5172

Attorneys for Defendants
DREW TELECOM GROUP, INC. AND ANDREW ROACH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAYA INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND BRADLEY PEARCE, et al.,<br><br>Defendants. | Case No. 3:19-cv-00565 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANTS DREW TELECOM GROUP, INC. AND ANDREW ROACH AND DISMISSAL OF DEFENDANTS DREW TELECOM GROUP, INC. AND ANDREW ROACH ONLY** |

Plaintiff AVAYA INC. ("Avaya") and DREW TELECOM GROUP, INC. and ANDREW ROACH, by and through their counsel of record, hereby **STIPULATE**, **AGREE**, and request that the Court **ORDER** the entry of the following permanent injunction and voluntary dismissal.

## STIPULATED FINDINGS

WHEREAS, Avaya has a pending civil action in the United States District Court for the Northern District of California against Defendants Drew Telecom Group, Inc. ("DTGI") and Andrew Roach ("Mr. Roach" and together, the "DTGI Defendants") and other Defendants, which alleges claims against the DTGI Defendants for trademark infringement, copyright infringement, unfair competition, and other federal and state law claims, principally related to the alleged theft of software by Defendant Pearce and the subsequent downstream resale of that software, Case No. 3:19-cv-00565-SI (the "Civil Action"), and whereas the DTGI Defendants deny all such claims and allegations;

WHEREAS, Avaya and the DTGI Defendants have entered a confidential settlement agreement to resolve the Civil Action, which includes the entry of the following order re stipulated permanent injunction and dismissal as to the DTGI Defendants ("Order");

WHEREAS, the DTGI Defendants stipulate to the Court's jurisdiction over them, and stipulate to the facts necessary to establish jurisdiction over the Civil Action, for purposes of entering and/or enforcing this Order against them; and,

WHEREAS, Avaya stipulates to the voluntary dismissal of the DTGI Defendants with prejudice only upon entry of this Order pursuant to Fed. R. Civ. Proc. 41(a).

## ORDER RE PERMANENT INJUNCTION AND DISMISSAL

Accordingly, the Parties, by and through their counsel of record, hereby **STIPULATE** and **AGREE,** and request that the Court **ORDER** that the DTGI Defendants, including any officers, agents, representatives, employees, and all persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, shall be forever and permanently restrained and enjoined from:

1. selling any counterfeit, infringing, or stolen Avaya hardware or software products, excluding genuine Avaya hardware that is subject to the first sale doctrine[1]; and/or,

2. knowingly buying Avaya products from any Avaya partner for resale to end users or otherwise inducing an Avaya partner to violate its authorized reseller agreement with Avaya.

**IT IS FURTHER STIPULATED AND AGREED**, and requested that the Court **ORDER**, that Defendants Drew Telecom Group, Inc. and Andrew Roach <u>only</u> are **HEREBY** dismissed with prejudice from the Civil Action pursuant to Fed. R. Civ. Proc. 41(a), and that the Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to enforce the provisions of this Injunction or the Parties' settlement agreement.

**IT IS SO STIPULATED.**

DATED: Dec. 29, 2020         SIDEMAN & BANCROFT LLP

By:     */s/ Zachary J. Alinder*
        Zachary J. Alinder
        *Attorneys for Plaintiff*
        AVAYA INC.

DATED: Dec. 29, 2020         MZF LAW FIRM, PLLC

By:     */s/ Mateo Z. Fowler*
        Mateo Z. Fowler
        *Attorney for Defendants*
        DREW TELECOM GROUP, INC. and ANDREW ROACH

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____         _____
                              SUSAN ILLSTON
                              United States District Judge

---

[1] To ensure further clarity on this point, the Parties stipulate the resale of Avaya software licenses or Avaya license codes/keys, including but not limited license keys/codes contained on new or used SD cards, would violate this Stipulated Permanent Injunction.

**Attestation**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other party signatory above.

DATED: December 29, 2020          SIDEMAN & BANCROFT LLP

By: /s/ Zachary J. Alinder
Zachary J. Alinder
*Attorneys for Plaintiff*
AVAYA INC.