United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAYA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND BRADLEY PEARCE, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00565-SI<br><br>**ORDER RE: INTENTION TO APPOINT SPECIAL MASTER FOR DISCOVERY** |

The Court has reviewed the parties' 30 page joint case management conference statement, at least 13 pages of which are devoted to discovery matters and disputes. The Court has determined that it is in the interest of judicial efficiency to appoint a Special Master to oversee discovery. Accordingly, pursuant to Federal Rule of Civil Procedure 53(b)(1), the Court hereby provides the parties notice that it intends to appoint Martin Quinn of JAMS as a Special Master, unless the parties agree on a different individual. If the parties wish to jointly propose a different individual to act as Special Master, the parties shall be prepared to do so at the April 16 case management conference.

**IT IS SO ORDERED**.

Dated: April 13, 2021

_____
SUSAN ILLSTON
United States District Judge