United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVAYA INC.,

        Plaintiff,

    v.

RAYMOND BRADLEY PEARCE, *et al.*,

        Defendants.

Case No. 19-cv-00565-SI

**ORDER RE: APPOINTMENT OF ELIZABETH LAPORTE AS SPECIAL MASTER**

At the April 16 case management conference, the parties informed the Court that they wished to jointly propose Elizabeth LaPorte of JAMS as the Special Master to oversee discovery in this case. Judge LaPorte has informed the Court that she is willing to act in that capacity.

The Court requests that Judge LaPorte file an affidavit pursuant to Federal Rule of Civil Procedure 53(a)(2) and 53(b)(3), stating whether there is any basis that would require disqualification of a judge under 28 U.S.C. § 455. Upon the filing of such an affidavit, and if there is no disqualification, the Court will enter an order appointing Judge LaPorte.

The Clerk shall serve a copy of this order by e-mail to Judge LaPorte's case manager at schan@jamsadr.com.

**IT IS SO ORDERED**.

Dated: April 21, 2021

                              SUSAN ILLSTON
                              United States District Judge