UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAYA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND BRADLEY PEARCE, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00565-SI<br><br>**ORDER REFERRING DKT. NO. 341 TO JUDGE LAPORTE**<br><br>Re: Dkt. No. 341 |

The Court's clerk has received an email from the parties stating that it is Avaya's view that the discovery dispute at Dkt. No. 341 should be decided by the Court rather than Special Master Judge LaPorte. The Court has reviewed Dkt. No. 341 and concludes that Judge LaPorte should resolve that dispute in the first instance because Judge LaPorte is overseeing discovery and is familiar with the current state of discovery.

**IT IS SO ORDERED**.

Dated: March 4, 2022

SUSAN ILLSTON
United States District Judge