UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAYA INC.,<br><br>            Plaintiffs,<br><br>   v.<br><br>RAYMOND BRADLEY PEARCE, et al.,<br><br>            Defendants. | Case No. 19-cv-00565-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 2/10/23 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: 5/5/2023

DESIGNATION OF EXPERTS: 5/26/2023; REBUTTAL: 6/30/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/25/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by: 9/29/2023;
    Opp. Due: 10/20/2023; Reply Due: 11/3/2023;
    and set for hearing no later than 11/17/2023 at 10:00 AM.

PRETRIAL PAPERWORK: 1/5/2024
PRETRIAL CONFERENCE DATE: 1/16/2024 at 3:30 PM.

JURY TRIAL DATE: 2/5/2024 at 8:30 AM.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: November 18, 2022

_____
SUSAN ILLSTON
United States District Judge