1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7   AVAYA INC.,                              Case No. 19-cv-00565-SI

8               Plaintiff,                   **ORDER GRANTING MOTION TO
                                             WITHDRAW AS ATTORNEY FOR
9        v.                                  DEFENDANTS JASON HINES,
                                             DEDICATED BUSINESS SYTEMS
10  RAYMOND BRADLEY PEARCE, *et al*.,        INTERNATIONAL, LLC AND US
                                             VOICE & DATA, LLC EFFECTIVE
11              Defendants.                  MARCH 13, 2023**

12                                           Re: Dkt. No. 366

13          On February 10, 2023, the Court held a hearing on the motion to withdraw filed by counsel

14  for Jason Hines, Dedicated Business Systems International, LLC, and US Voice & Data, LLC.  The

15  motion was served on those defendants, and no opposition to the motion was filed.

16          As discussed at the hearing, the Court GRANTS the motion effective March 13, 2023.

17  Counsel is directed to notify Hines, DBSI and US Voice & Data regarding the withdrawal.  Counsel

18  shall also inform defendants that DBSI and US Voice & Data may not appear in this litigation

19  without counsel, and that the failure to appear may result in a default judgment against them.

20

21          **IT IS SO ORDERED**.

22

23

24  Dated: February 10, 2023           _____
                                        SUSAN ILLSTON
25                                      United States District Judge

26

27

28

United States District Court
Northern District of California