1  JURA ZIBAS
   California Bar No. 217864
2  ARMAN NAFISI
   Arizona Bar No. 030682 (admitted pro hac vice)
3  **WILSON, ELSER, MOSKOWITZ,**
4    **EDELMAN & DICKER LLP**
   150 East 42nd Street
5  New York, New York  10017-5639
   Telephone:  (212) 490-3000
6  Facsimile:  (212) 490-3038
   jura.zibas@wilsonelser.com
7  arman.nafisi@wilsonelser.com
   Attorneys for Defendants
8  STEVE GERACI AND FEATURECOM INC.

9

10                **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                     **SAN FRANCISCO DIVISION**

13  | | |
|---|---|
| AVAYA INC., a Delaware corporation, | Case No. 3:19-cv-00565-SI |
| Plaintiff, | |
| v. | **DEFENDANTS FEATURECOM INC AND STEVE GERACI'S NOTICE OF SETTLEMENT** |
| RAYMOND BRADLEY PEARCE, a/k/a "BRAD" PEARCE, an individual; JASON HINES, an individual and doing business as DBSI and TELBEST.COM; DEDICATED BUSINESS SYSTEMS INTERNATIONAL LLC, doing business as DBSI.NET, a New Jersey limited liability company; ATLAS SYSTEMS, INC. doing business as ATLASPHONES.COM and "THE TELECOM DEALER," a Michigan corporation; TELPHONE MAN OF AMERICA LLC, doing business as TELEPHONEMANOFAMERICAN.COM and "TELEPHONEMANOFAMERICA," a Florida limited liability company; KELLY PETRA, an individual; US VOICE AND DATA, LLC f/k/a TRI-STATE COMMUNICATION SERVICES LLC, a New Jersey limited liability company; SHARKFISH CORP., an Oklahoma corporation; FEATURECOM INC., a Canadian corporation; STEVE GERACI, an individual; TOM CONROY, an individual; DREW TELECOM GROUP INC., a Michigan corporation; ANDREW ROACH, an individual, and, DOES 9 through 50, inclusive, | |

Defendants.

THE COURT IS HEREBY NOTIFIED that Defendants Featurecom Inc. and Steve Geraci have reached a settlement with Plaintiff with regard to this matter. Plaintiff and Defendants Featurecom Inc. and Steve Geraci are currently working together to prepare the dismissal papers to be filed with the Court and the settlement documents.

Dated:  May 5, 2023           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Arman Nafisi*
JURA ZIBAS, ESQ.
ARMAN NAFISI, ESQ.
Attorneys for Defendants
STEVE GERACI AND FEATURECOM INC.

1
2

# PROOF OF SERVICE
*Avaya, Inc. v Raymond Bradley Pearce et al*
*Northern District Of California Court Case No. 3:19-cv-00565 SI*

3
4

I, the undersigned, am employed in the county of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is 2231 E. Camelback Rd., Suite 200 Phoenix, AZ 85004.

5

On May 5, 2023, I caused to be served the following document(s) described as follows:

6

**DEFENDANT FEATURECOM INC.'S NOTICE OF SETTLEMENT**

7

on the parties in this action by placing a true copy in a sealed envelope addressed as follows:

8

   **SEE ATTACHED SERVICE LIST**

9
10
11
12

☐  **PERSONAL SERVICE** - I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below, and providing them to a professional messenger service for service. (A confirmation by the messenger will be provided to our office after the documents have been delivered.)

13
14
15
16

☐  **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17
18
19
20
21
22

☐  **BY CERTIFIED MAIL, Return Receipt Requested** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. The envelope was sent Certified, return receipt requested.

23
24
25

☐  **OVERNIGHT MAIL** - As follows: I am "readily familiar" with the firm's practice of processing correspondence for mailing overnight via Federal Express. Under that practice it would be deposited in a Federal Express drop box, indicating overnight delivery, with delivery fees provided for, on that same day, at San Diego, California.

26
27
28

☒:  **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission due to the COVID-19 shelter-in-place order, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

☐  **BY ELECTRONIC TRANSMISSION** – By causing the document(s) listed above to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

Executed on May 5, 2023, at Phoenix, Arizona. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

　　　　　　　　　　　　　　　　　　*/s/ Ashlynn Robbins*
　　　　　　　　　　　　　　　　　　Ashlynn Robbins

**Service List**

*Avaya Inc. v Raymond Bradley Pearce et al*
*Northern District Of California Court Case No. 3:19-cv-00565 SI*

| | |
|---|---|
| Zachary J. Alinder, Esq.<br>Lyndsey C. Heaton, Esq.<br>Richard J. Nelson, Esq.<br>Nicholas A. Shen, Esq.<br>OGLOZA FORTNEY LLP<br>One Embarcadero Center,<br>Twenty-Second Floor<br>San Francisco, California 94111-3711<br>zalinder@sideman.com<br>***Attorneys for Plaintiff*** | Mateo Z. Fowler<br>MZF Law Firm, Group, Inc.<br>1105 Nueces Street, Suite A<br>Austin, TX 78701<br><br>Counsel for Andrew Roach and Drew Telecom Group<br><br>Mateo Z. Fowler<br>MZF Law Firm, Group, Inc.<br>1105 Nueces Street, Suite A<br>Austin, TX 78701<br><br>Counsel for Andrew Roach and Drew Telecom Group<br><br>Attorneys for Defendant and Cross-claimant Metroline Inc<br>Email: mateofowler@mzflaw.com |
| Christopher Wright, Esq.<br>Law Office of Christopher T. Wright<br>1620 Fifth Ave., Suite 400<br>San Diego, CA 92101<br>Counsel for Tom Conroy<br>Email: chris@ctw-law.com | |
| SHEPARD MULLIN RICHTER & HAMPTON LLP<br>LAURA L. CHAPMAN, Esq.<br>Four Embarcadero Center, Suite 1700<br>San Francisco, CA 94111-4109<br>Telephone Number: (415) 774-2965<br>Fax Number: (415) 434-3947<br>Counsel for Defendant<br>ATLAS SYSTEMS, INC<br>Email: lchapman@sheppardmullin.com | |