1  RICHARD J. NELSON (State Bar No. 141658)
   E-Mail:      *rnelson@sideman.com*
2  ZACHARY J. ALINDER (State Bar No. 209009)
   E-Mail:      *zalinder@sideman.com*
3  LYNDSEY C. HEATON (State Bar No. 262883)
   E-Mail:      *lheaton@sideman.com*
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
5  San Francisco, California 94111-3711
   Telephone:    (415) 392-1960
6  Facsimile:    (415) 392-0827

7  Attorneys for Plaintiff
   AVAYA LLC, formerly known as AVAYA INC.
8
   [*Additional counsel listed on signature page*]
9

10                **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO DIVISION**

13

14  AVAYA INC., a Delaware corporation,          Case No. 3:19-cv-00565 SI

15               Plaintiff,                        **UPDATED JOINT CASE MANAGEMENT
                                                   STATEMENT**
16       v.
                                                   Judge:   Hon. Susan Illston
17  RAYMOND BRADLEY PEARCE, et al.,
                                                   Date: June 16, 2023
18               Defendants.                       Time: 3 p.m.
                                                   Place: Zoom
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**1**   Plaintiff AVAYA LLC formerly known as AVAYA INC. ("Avaya" or "Plaintiff"),

**2** Defendants FEATURECOM INC. and STEVE GERACI (together "Featurecom"), and Cross-

**3** Complainant METROLINE INC. jointly submit this update to the Court, consistent with Court's

**4** Minute Entry following the February 10, 2023 case management conference, ECF No. 372. [1,2]

**5**   **I.   UPDATE RE RELATED CRIMINAL ACTION**

**6**   As discussed at the prior case management conferences, Defendant Pearce, his spouse,

**7** Dusti Pearce, as well as Defendant Jason Hines, have all been criminally charged in the United

**8** States District Court for the Western District of Oklahoma, Case No. CR 22-258 J (the "Criminal

**9** Action"). As expected, the charges set forth in the Indictment are similar to the allegations made

**10** in the Complaints filed by Avaya in the current civil action pending before Your Honor (the "Civil

**11** Action"). Recently, the Criminal Defendants jointly requested a continuance of the trial by two

**12** months. The Court granted the continuance and therefore the trial in the Criminal Action has been

**13** reset for July 11, 2023. Avaya's understanding is that plea agreement discussions are ongoing.

**14**   **II..   UPDATE RE STATUS OF CIVIL ACTION**

**15**   <u>Statement from Avaya</u>: Since the last case management conference, Avaya and

**16** Featurecom have reached a settlement. ECF No. 380. Avaya and Featurecom expect to file a

**17** stipulated injunction and voluntary dismissal with prejudice, in a form substantially similar to

**18** those entered as to other defendants, within the next 30 days.

**19**   As to Defendant Atlas, Atlas' counsel moved to withdraw on April 9, 2023, which was

**20** heard this morning, June 9, 2023. ECF No. 377. Atlas has not substituted in new counsel.

**21** Instead, Atlas filed for bankruptcy and provided notice of the stay to the Court and the Parties on

**22** or about April 10, 2023. ECF No. 379. Without prejudice to proceeding further or later against

**23** Atlas in this Action, Avaya is currently seeking relief in the context of Atlas' bankruptcy action,

**24**

---

**25**  [1] Defendants Jason Hines, DBSI, U.S. Voice, and Atlas Systems Inc. did not respond to requests
**26** for input or additions to this update as of the time of this e-filing, so have not been included in this
update.
**27** [2] Certain defendants have been intentionally omitted from the Statement, including Defendants
Pearce, Sharkfish Corp., and Telcom International Trading Pte. Ltd., which never responded to the
**28** complaint and as to which defaults have been entered by the clerk of the Court.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1  and has further, at a minimum, reserved the right in Atlas' bankruptcy to petition this Court to

2  order permanent injunctive relief against Atlas to the extent such an order is not entered in Atlas'

3  bankruptcy action.

4        As to Defendants Hines/DBSI/U.S. Voice, Mr. Hines has appeared *pro se* for himself in

5  this Action.  Although Avaya has interfaced with counsel for Mr. Hines over the past three

6  months, no counsel has actually appeared on behalf of DBSI or U.S. Voice, despite both the

7  Court's warning to Mr. Hines and the warning letter sent by their prior counsel, Mr. Bledsoe, that

8  Mr. Hines needed to obtain counsel for his companies.  ECF No. 373.  Mr. Hines has also

9  attempted to serve discovery responses *pro se* on behalf of DBSI and U.S. Voice, which are

10  invalid and constitute admissions to the requests, and in any event, Mr. Hines has also taken the

11  Fifth both in his discovery responses and as to all questions at his deposition on May 5, 2023.

12  Accordingly, Mr. Hines has taken the Fifth on every matter in dispute and DBSI and U.S. Voice

13  have failed to defend themselves, as set forth in Fed. R. Civ. Proc. 55, by failing to secure new

14  counsel.  At a minimum, Avaya respectfully submits that DBSI and U.S. Voice should have their

15  answers stricken and have default judgment entered at this point.

16        As to the defaulting defendants referred to in Footnote No. 2, Avaya intends to move for

17  default judgment once the Action has been resolved as to the remaining defendants.

18

19                  Respectfully submitted,

20  DATED:  June 9, 2023          SIDEMAN & BANCROFT LLP

21                  By:      */s/ Zachary J. Alinder*

22                         Zachary J. Alinder
                       Attorneys for Plaintiff

23                    Avaya LLC, formerly known and Avaya Inc.

24

25  DATED:  June 9, 2023          WILSON ELSER MOSKOWITZ EDELMAN &
                    DICKER LLP

26                  By:      */s/ Arman Nafisi*

27                         Arman Nafisi
                       Attorney for Defendants

28                 FEATURECOM INC. AND STEVE GERACI

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1

2    DATED:  June 9, 2023                         MZF Law Firm

3                                                 By:      _____*/s/ Mateo Fowler*_____
                                                              Mateo Fowler
4                                                    Attorney for Cross-Complainants
                                                          METROLINE INC.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

7060828                                          3                        Case No. 3:19-cv-00565 SI
UPDATED JOINT CASE MANAGEMENT STATEMENT

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I hereby attest under penalty of perjury that the

concurrence in the filing of this document has been obtained from the signatories above.

Respectfully submitted,

DATED:  June 9, 2023                    SIDEMAN & BANCROFT LLP

By:           */s/ Zachary J. Alinder*
                        Zachary J. Alinder
                        Attorneys for Plaintiff
            Avaya LLC, formerly known and Avaya Inc.

7060828