UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAYA INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>RAYMOND BRADLEY PEARCE, *et al*.,<br><br>        Defendants. | Case No. 19-cv-00565-SI<br><br>**ORDER GRANTING UNOPPOSED MOTION BY SHEPPARD, MULLIN, RICHTER & HAMPTON LLP TO WITHDRAW AS COUNSEL FOR ATLAS SYSTEMS, INC.**<br><br>Re: Dkt. No. 377 |

On June 9, 2023, the Court held a hearing on the motion by Sheppard, Mullin, Richter & Hampton LLP to withdraw as counsel for Atlas Systems, Inc. On June 14, counsel filed a statement from Christopher Klow, Vice President for Atlas Systems, Inc., stating that Atlas does not oppose the motion to withdraw.

On this record, the Court finds it appropriate to GRANT the motion to withdraw. Atlas is advised that in the event that the bankruptcy stay is lifted, Atlas may not proceed in this case without legal representation.

**IT IS SO ORDERED**.

Dated: June 15, 2023

                         SUSAN ILLSTON<br>
                         United States District Judge