RICHARD J. NELSON (SBN 141658)
E-Mail:     rnelson@sideman.com
ZACHARY J. ALINDER (SBN 209009)
E-Mail:     zalinder@sideman.com
LYNDSEY C. HEATON (SBN 262883)
E-Mail:     lheaton@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiff
AVAYA INC.


BRETT WEAVER (SBN 204715)
E-Mail:     bweaver@lewiskohn.com
LEWIS KOHN & WALKER, LLP
1705 Via Del Campo
San Diego, California 92127
Telephone:     (858) 436-1330
Facsimile:     (858) 436-1349

Attorneys for Defendant
ATLAS SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAYA INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND BRADLEY PEARCE, et al.,<br><br>Defendants. | Case No. 3:19-cv-00565 SI (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT ATLAS SYSTEMS, INC. AND VOLUNTARY DISMISSAL** |

10312-2\7075221

CASE NO. 3:19-cv-00565-SI (KAW)

STIPULATED ORDER RE: PERMANENT INJUNCTION AS TO ATLAS SYSTESMS, INC.

Plaintiff AVAYA INC. ("Avaya") and Defendant ATLAS SYSTEMS, INC. ("Atlas"), by and through their counsel of record, hereby **STIPULATE**, **AGREE**, and request that the Court **ORDER** the entry of the following permanent injunction and voluntary dismissals.

## STIPULATED FINDINGS

WHEREAS, Avaya has a pending civil action in the United States District Court for the Northern District of California against Atlas and other parties, which principally alleges claims against Atlas and other Defendants for trademark infringement, copyright infringement, unfair competition, and other federal and state law claims, *see* Dkt. No. 249 (Case No. 3:19-cv-00565-SI (the "Civil Action"));

WHEREAS, Atlas has also filed an Amended Answer and Crossclaims in the Civil Action, *see* Dkt. No. 254;

WHEREAS, both Atlas has denied all claims and allegations made in the Civil Action;

WHEREAS, Avaya and Atlas have entered a confidential settlement agreement to resolve the Civil Action, which includes the entry of the following order re stipulated permanent injunction and dismissal as to Atlas ("Order");

WHEREAS, Atlas stipulates to the Court's jurisdiction over it, and stipulates to the facts necessary to establish jurisdiction over the Civil Action, for purposes of entering and/or enforcing this Order against it; and,

WHEREAS, the Parties stipulate to the voluntary dismissal of Avaya's claims as to Atlas with prejudice only upon entry of this Order pursuant to Fed. R. Civ. Proc. 41(a).

## ORDER RE PERMANENT INJUNCTION AND DISMISSAL

Accordingly, the Parties, by and through their counsel of record, hereby **STIPULATE** and **AGREE,** and request that the Court **ORDER** that Atlas including any officers, agents, representatives, employees, and all persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, shall be forever and permanently restrained and enjoined from:

1. selling any counterfeit, infringing, or stolen Avaya hardware or software products, excluding genuine Avaya products that are subject to the first sale doctrine[1]; and/or,

2. knowingly inducing an Avaya partner to violate its authorized reseller agreement with Avaya, such as knowingly buying Avaya software products, including licenses or Avaya license codes/keys, including but not limited to license keys/codes contained on new or used SD cards from any Avaya partner for resale to end users.

**IT IS FURTHER STIPULATED AND AGREED**, and requested that the Court **ORDER**, that Avaya's claims as to Atlas are **HEREBY** dismissed with prejudice from the Civil Action pursuant to Fed. R. Civ. Proc. 41(a), and that the Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to enforce the provisions of this Injunction or the Parties' settlement agreement.

**IT IS SO STIPULATED.**

DATED: August 10, 2023          SIDEMAN & BANCROFT LLP

                                By:   /s/ Lyndsey C. Heaton
                                      Lyndsey C. Heaton
                                      *Attorneys for Plaintiff*
                                      AVAYA INC.

DATED: August 10, 2023          LEWIS KOHN & WALKER, LLP

                                By:   /s/ Brett Weaver
                                      Brett Weaver
                                      *Attorney for Defendant*
                                      ATLAS SYSTEMS, INC.

---

[1] To ensure further clarity on this point, the Parties stipulate the resale of Avaya software licenses or Avaya license codes/keys, including but not limited to license keys/codes contained on new or used SD cards, would violate this Stipulated Permanent Injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                           SUSAN ILLSTON
                                           United States District Judge

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**Attestation**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other party signatory above.

DATED: August 14, 2023              LEWIS KOHN & WALKER, LLP

By:    /s/ *Brett Weaver*
       Brett Weaver
       *Attorneys for Defendant*
       ATLAS SYSTEMS, INC.